472 P.2d 382

**Rosendo T. SANCHEZ, Petitioner,**

v.

**BOARD OF COUNTY COMMISSIONERS OF the COUNTY OF VALENCIA, New Mexico, Respondent.**

No. 9077.

Supreme Court of New Mexico.

June 24, 1970.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 403, 81 N.M. 644, 471 P.2d 678, be and the same is hereby returned to the Clerk of the Court of Appeals.

472 P.2d 382

**STATE of New Mexico, Plaintiff-Respondent,**

v.

**General Roger HARRISON, Defendant-Petitioner.**

No. 9075.

Supreme Court of New Mexico.

June 24, 1970.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 457, 81 N.M. 623, 471 P.2d 193, be and the same is hereby returned to the Clerk of the Court of Appeals.

472 P.2d 382

**STATE of New Mexico, Respondent,**

v.

**Manfor MORA, Petitioner.**

No. 9073.

Supreme Court of New Mexico.

June 24, 1970.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 463, 81 N.M. 631, 471 P.2d 201, be and the same is hereby returned to the Clerk of the Court of Appeals.

472 P.2d 382

**Eloy P. QUINTANA, Petitioner,**

v.

**STATE BOARD OF EDUCATION, Respondent.**

No. 9082.

Supreme Court of New Mexico.

July 2, 1970.

Ordered that petition for writ of certiorari be and the same is hereby denied.

Further ordered that the record in Court of Appeals Cause No. 417, 81 N.M. 671, 472 P.2d 385, be and the same is hereby returned to the Clerk of the Court of Appeals.